**BOISE CASCADE CORPORATION,**
**Plaintiff-Appellant,**

v.

**UNITED STATES of America,**
**Defendant-Appellee.**

**No. 23656.**

United States Court of Appeals,
Ninth Circuit.

Aug. 31, 1970.

Rehearing Denied Sept. 29, 1970.

---

James Berlin (argued), of Eberle & Berlin, Boise, Idaho, for appellant.

John S. Brown (argued), Lee A. Jackson, Harry Baum, Stuart A. Smith, Attys., Johnnie Walters, Asst. Atty. Gen., Tax Division, Dept. of Justice, Washington, D. C.; Jay F. Bates, U. S. Atty., Clarence D. Suiter, Asst. U. S. Atty., Boise, Idaho, for appellee.

Before BARNES, BROWNING and DUNIWAY, Circuit Judges.

PER CURIAM:

For the reasons stated by the District Judge in his opinion, Boise Cascade Corporation v. United States, D. Idaho, 1968, 288 F.Supp. 770, the judgment should be, and it is

Affirmed.